# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED JUL 27 2015 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK

| | |
|---|---|
| United States of America <br> vs. <br> Miguel Angel Medina | Case No. 1:15-CR-139-LJO-SKO-3 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, **Miguel Angel Medina**, have discussed with **Amaryllis Gonzalez**, Pretrial Services Officer, modifications of my release conditions as follows:

You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; **CURFEW**: You are restricted to your residence every day from 9:00 pm to 8:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All other conditions of release, not in conflict, shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Miguel Medina_ 7-15-15            _[signature]_ 7-15-15
Signature of Defendant     Date    Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                     7/27/15
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                       7/20/15
Signature of Defense Counsel       Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on   7/27/15

[ ] The above modification of conditions of release is *not* ordered.

_[signature]_                       7/27/15
Signature of Judicial Officer       Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services